## THE STATE, Appellant, v. W. A. LONG.

**Division Two, July 14, 1914.**

Appeal from Randolph Circuit Court.—*Hon. James D. Barnett,* Judge.

REVERSED AND REMANDED.

For attorneys and briefs, see State v. Long, *ante,* p. 315.

ROY, C.—The facts so far as necessary to be stated are the same in this case as in another case just decided against the same defendant, *ante,* p. 314, and, in accordance with the opinion in that case, the judgment is reversed and the cause remanded for trial. *Williams, C.,* concurs.

PER CURIAM.—The foregoing opinion of Roy, C., is adopted as the opinion of the court. All concur, except *Faris, J.,* not sitting.